# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

COLLEEN MURRAY,

    Plaintiff,

v.

COURIANT AVIATION, et al.

    Defendant.

No. C-05-01029-JCS

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☒ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 6-24-05

LAW OFFICES OF DANIEL RAY BACON
DANIEL RAY BACON
Attorney for Plaintiff

Dated: 6-24-05

LITTLER MENDELSON
KURT R. BOCKES
Attorney for Defendant

IT IS SO ORDERED:

Dated: July 11, 2005     /s/ Joseph C. Spero

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION**
G:\ADRALL\ADRPCIA.FRM
REV. 5/00

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____    COLLEEN MURRAY
                            [Typed name and signature of plaintiff]

                            LAW OFFICES OF DANIEL RAY BACON

Dated: 6-24-05              DANIEL RAY BACON
                            [Typed name and signature of counsel for plaintiff]

                            COVENANT AVIATION SECURITY, LLC

Dated: 6/22/05             JIM BROWN
                            [Typed name and signature of defendant]

                            LITTLER MENDELSON

Dated: 6-24-05             KURT R. BOCKES
                            [Typed name and signature of counsel for defendant]

**STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION**

2

REV. 5/00