JOSEPH A. SCHWACHTER, Bar No. 108124
KURT BOCKES, Bar No. 171647
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax: 415.434.2302

Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MURRAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COVENANT AVIATION SECURITY,<br>LLP and and Does 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. C-05-01029-JCS<br><br>**STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES** |

STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES

Case No. C-05-01029 JCS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

Jul-05-2005 15:53 From-LAW OFFICES OF DANIEL RAY BACON 4158640989 T-712 P.002/002 F-346

Case 3:05-cv-01029-JCS Document 13 Filed 07/13/05 Page 2 of 2
Case 3:05-cv-01029-JCS Document 10 Filed 07/05/2005 Page 2 of 2

Plaintiff, Colleen Murray ("Plaintiff"), and Defendant, Covenant Aviation Security, LLC ("Defendant"), by and through their respective counsel, hereby stipulate to continue the date for initial disclosures from July 8, 2005 to July 22, 2005.

Dated: July 5, 2005

*[signature]*
AARON GORFEIN
DANIEL RAY BACON
Law Offices of Daniel Ray Bacon
Attorneys for Plaintiff
COLLEEN MURRAY

Dated: July 5, 2005

*[signature]*
KURT R. BOCKES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

Firmwide:80178871.1 046584.1009

Dated: July 12, 2005

**IT IS SO ORDERED**
Magistrate Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES | 2 | Case No. C-05-01029-JCS