JOSEPH A. SCHWACHTER, Bar No. 108124
KURT BOCKES, Bar No. 171647
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax: 415.434.2302

Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MURRAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COVENANT AVIATION SECURITY, LLP and and Does 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. C-05-01029-JCS<br><br>**AMENDED STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES**<br>AND ORDER |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

AMENDED STIPULATION TO CONTINUE
DATE FOR INITIAL DISCLOSURES

Case No. C-05-01029 JCS

Plaintiff, Colleen Murray ("Plaintiff"), and Defendant, Covenant Aviation Security, LLC ("Defendant"), by and through their respective counsel, hereby stipulate to continue the date for initial disclosures from July 22, 2005 to November 25, 2005.

Dated: July 21, 2005

_____
AARON GORFEIN
DANIEL RAY BACON
Law Offices of Daniel Ray Bacon
Attorneys for Plaintiff
COLLEEN MURRAY

Dated: July ___, 2005

_____
KURT R. BOCKES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

Firmwide:80241951.1 046584.1009

Plaintiff, Colleen Murray ("Plaintiff"), and Defendant, Covenant Aviation Security, LLC ("Defendant"), by and through their respective counsel, hereby stipulate to continue the date for initial disclosures from July 22, 2005 to November 25, 2005.

Dated: July ___, 2005

_____
AARON GORFEIN
DANIEL RAY BACON
Law Offices of Daniel Ray Bacon
Attorneys for Plaintiff
COLLEEN MURRAY

Dated: July 22, 2005

_____
KURT R. BOCKES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

Firmwide:80241951.1 046584.1009

Dated: July 26. 2005

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMENDED STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES   2   Case No. C-05-01029-JCS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940