```
 1  DANIEL RAY BACON, STATE BAR # 103866
    AARON S. GORFEIN, STATE BAR # 183295
 2  Law Offices of Daniel Ray Bacon
    234 Van Ness Avenue
 3  San Francisco, CA 94102
    Telephone (415) 864-0907
 4  Facsimile: (415) 864-0989

 5  ATTORNEYS FOR PLAINTIFF
    Colleen Murray
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLLEEN MURRAY, | ) | CASE NO. C05-1029 JCS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO FILE AMENDED COMPLAINT |
| v. | ) | |
| COVENANT AVIATION SECURITY, LLP, | ) | |
| Defendants. | ) | |

PLAINTIFF COLLEEN MURRAY ("Plaintiff"), by and through her attorneys, THE LAW OFFICES OF DANIEL RAY BACON, and DEFENDANT COVENANT AVIATION SECURITY, LLC ("Defendant"), by and through its attorneys, LITTLER MENDELSON, stipulate that Plaintiff may file an amended complaint to add a NCS PEARSON, INC., a corporation, as a defendant. No other changes deletions will be made to the amended complaint.

It is further stipulated that Defendant COVENANT AVIATION SECURITY, LLC shall not be required to answer the Amended Complaint and that all denials, responses, and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the Amended Complaint.

LAW OFFICES OF DANIEL RAY BACON

DATED: August 15, 2005

_____
DANIEL RAY BACON, ESQUIRE
ATTORNEY FOR PLAINTIFF
COLLEEN MURRAY

LITTLER MENDELSON

DATED: August 15, 2005

_____
KURT BOCKES, ESQUIRE
ATTORNEYS FOR DEFENDANT
COVENANT AVIATION SECURITY

- 1 -

PLAINTIFF COLLEEN MURRAY ("Plaintiff"), by and through her attorneys, THE LAW OFFICES OF DANIEL RAY BACON, and DEFENDANT COVENANT AVIATION SECURITY, LLC ("Defendant"), by and through its attorneys, LITTLER MENDELSON, stipulate that Plaintiff may file an amended complaint to add a NCS PEARSON, INC., a corporation, as a defendant. No other changes or deletions will be made to the amended complaint.

It is further stipulated that Defendant COVENANT AVIATION SECURITY, LLC shall not be required to answer the Amended Complaint and that all denials, responses, and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the Amended Complaint.

LAW OFFICES OF DANIEL RAY BACON

DATED: August 15, 2005

DANIEL RAY BACON, ESQUIRE
ATTORNEY FOR PLAINTIFF
COLLEEN MURRAY

LITTLER MENDELSON

DATED: August 15, 2005

KURT BOCKES, ESQUIRE
ATTORNEYS FOR DEFENDANT
COVENANT AVIATION SECURITY

August 16, 2005

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA