IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MURRAY, | No. CV 05-01029 JCS |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO RESCHEDULE THE OCTOBER 14, 2005 CASE MANAGEMENT CONFERENCE [Docket No. 21]** |
| COVENANT AVIATION, | |
| Defendant. | |

The Stipulation to Reschedule the October 14, 2005 Case Management Conference filed on October 7, 2005, in the above captioned case is **GRANTED.** The Case Management Conference is continued to **November 18, 2005, at 1:30 p.m.**

**IT IS SO ORDERED**

Dated: October 11, 2005

Joseph C. Spero
UNITED STATES MAG. JUDGE