# Holland+Knight

Tel 415 743 6900
Fax 415 743 6910

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
www.hklaw.com

April 26, 2006

JENNIFER M. KENNEDY
415-743-6926

Internet Address: jennifer.kennedy@hklaw.com

Karen Hom
Calendar Clerk for the Honorable Judge Spero
United States District Court, Northern District of California
450 Golden Gate
Courtroom A, 15th Floor
San Francisco, California 94102

      Re:   *Murray v. Covenant Aviation, et al.*,
              U.S.D.C, Northern District Case No. C05-1029 JCS

Dear Ms. Hom:

    I, together with Louis Santiago, would like to appear at Friday's case management conference by telephone. If the court can call two different lines, then please call me at 213-896-2400, and call Mr. Santiago at 503-243-5861. If the court is only able to call one line, then please call me, and I will conference Mr. Santiago in on the call. Thank you.

                        Sincerely,

                        HOLLAND & KNIGHT LLP

                        Jennifer M. Kennedy

JMK:mjb
# 3746057_v1
**060805.8**

cc:   Aaron Gorfein, Esq.

Dated:  April 27, 2006



GRANTED — Judge Joseph C. Spero