E-filing

RECEIVED
06 MAY -8 PM 3:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

COLLEEN MURRAY,

    Plaintiff,

v.

COVENANT AVIATION SECURITY, LLC, et al.,

    Defendant.

Case No. 05-01029-JCS

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Louis A. Santiago, an active member in good standing of the following state and federal bar associations: the State of Oregon, the State of Washington, the U.S. District Court for the Districts of Oregon, Eastern Washington, and Western Washington, the U.S. Bankruptcy Court for the Districts of Oregon and Washington, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Claims, whose business address and telephone number is 2300 U.S. Bancorp Tower, 111 SW Fifth Avenue, Portland, Oregon 97204; Telephone: (503) 243-2300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant NCS Pearson,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 5/8/06

United States District Court Judge
JOSEPH C. SPERO

- 1 -