# Holland+Knight

Tel 503 243 2300
Fax 503 241 8014

Holland & Knight LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
www.hklaw.com

Louis A. Santiago
503 243 2300
serve.las@hklaw.com

August 14 2006

Karen Hom
Calendar Clerk for the Honorable Judge Spero
United States District Court, Northern District of California
450 Golden Gate
Courtroom A, 15th Floor
San Francisco, California 94102

    Re:   *Murray v. Covenant Aviation, et al.*,
           U.S.D.C, Northern District Case No. C05-1029 JCS

Dear Ms. Hom:

I would like to appear at the Case Management Conference scheduled on Friday, August 18, 2006 at 1:30 p.m. by telephone. Please call me at 503-243-5861. Thank you.

Sincerely,

HOLLAND & KNIGHT LLP

Louis A. Santiago

cc:   Aaron Gorfein
      Daniel Ray Bacon

# 3958677_v1

Dated: August 15, 2006



IT IS SO ORDERED
Judge Joseph C. Spero