```
 1  DANIEL RAY BACON, STATE BAR # 103866
    AARON S. GORFEIN, STATE BAR # 183295
 2  Law Offices of Daniel Ray Bacon
    234 Van Ness Avenue
 3  San Francisco, CA 94102
    Telephone (415) 864-0907
 4  Facsimile: (415) 864-0989

 5  ATTORNEYS FOR PLAINTIFF
    Colleen Murray
 6
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| COLLEEN MURRAY, | ) CASE NO. C-051029 JCS |
|---|---|
| Plaintiff, | ) STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) |
| COVENANT AVIATION SECURITY, LLP and NCS PEARSON, INC., | ) |
| Defendants. | ) |

THE PARTIES HEREIN hereby Stipulate as follows:

1. The parties attended a Early Neutral Evaluation session pursuant to the order of the Court on Thursday, August 10, 2006. The parties believe that said session was beneficial in clarifying the positions of the parties and may narrow the issues of the case.

2. The parties are presently exploring the possibility of an early settlement of this matter with the assistance of the ENE evaluator.

3. The parties believe they will be able to determine if an early settlement is possible if given a brief continuance of the Case Management Conference presently scheduled for Friday, August 18, 2006 in order to explore issues related to the settlement including, but not limited to, obtaining more information regarding an employment database in which some information regarding the Plaintiff is recorded.

THEREFORE:

4.  The parties hereby request that the Court continue the Case Management Conference presently scheduled for Friday, August 18, 2006 to September 8, 2006.

Dated: August 16, 2006          HOLLAND AND KNIGHT

By: _____

MATTHEW VAFIDIS
Attorney for Defendant
NCS PEARSON, INC.

Dated:  August 16, 2006         LAW OFFICES OF DANIEL RAY BACON

By: _____
DANIEL RAY BACON
Attorney for Plaintiff
COLLEEN MURRAY

ORDER

THE PARTIES HAVING so stipulated and GOOD CAUSE appearing therefore, the Court hereby orders the Case Management Conference in this matter presently scheduled for August 18, 2006 to be continued to September 8, 2006 at 1:30 PM.

DATED: August 17, 2006
_____
THE HONORABLE JOSEPH C. SPERO
Magistrate Judge of the Court

- 2 -