1  Daniel Ray Bacon CSB #103866
   Aaron S. Gorfein, CSB #183295
2  LAW OFFICES OF DANIEL RAY BACON
3  234 Van Ness Avenue
   San Francisco, CA  94102-4515
4  Telephone: (415) 864-0907
   Facsimile:  (415) 864-0989
5  Email: bacondr@aol.com

6       Attorneys for Plaintiff Colleen Murray

7  Matthew Vafidis (CA State Bar No. 103578)
8  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
9  San Francisco, CA 94111
   Telephone:    (415) 743-6900
10 Facsimile:    (415) 743-6910
   Email: matthew.vafidis@hklaw.com
11

12 Louis A. Santiago (OR State Bar No. 78361) *(admitted pro hac vice)*
   HOLLAND & KNIGHT LLP
13 2300 U.S. Bancorp Tower
   111 SW Fifth Avenue
14 Portland, OR 97204
   Telephone:    (503) 243-2300
15 Facsimile:    (503) 241-8014
   Email:  serve.las@hklaw.com
16
        Attorneys for Defendant NCS Pearson, Inc.
17

18              UNITED STATES DISTRICT COURT

19           FOR THE NORTHERN DISTRICT OF CALIFORNIA

20
   COLLEEN MURRAY,                          Case No. 3-05-01029-JCS
21
                   Plaintiff,               STIPULATED REQUEST FOR
22                                          CONTINUANCE OF CASE
       v.                                   MANAGEMENT CONFERENCE
23
   COVENANT AVIATION SECURITY, LLP          DATE: September 8, 2006
24 and NCS PEARSON, INC., a Minnesota       TIME: 1:30 P.M.
   corporation,
25                                          COURTROOM: 15
                   Defendants.              JUDGE: Joseph C. Spero
26
        THE PARTIES HEREIN hereby stipulate as follows:

Page - 1   STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT
           CONFERENCE – CASE NO. 3-05-01029-JCS

1.  The parties are presently exploring the possibility of a settlement of this matter.

2.  The parties believe they will be able to determine if settlement is possible if given a brief continuance of the Case Management Conference presently scheduled for September 8, 2006 at 1:30 p.m. in order to explore issues related to the settlement

The parties hereby request that the Court continue the Case Management Conference presently scheduled for Friday, September 8, 2006 to September 22, 2006.

DATED this 7th day of September, 2006.    LAW OFFICES OF DANIEL RAY BACON

By _____
Daniel Ray Bacon, CSB #103866
Aaron S. Gorfein, CSB #183295
(415) 864-0907
(415) 864-0989 (Fax)
Attorneys for Plaintiff Colleen Murray

DATED this 7th day of September, 2006    HOLLAND & KNIGHT LLP

By _____
Matthew Vafidis, CA State Bar No. 103578
(415) 743-6900
(415) 743-6910 (Fax)
Louis A. Santiago
*Admitted Pro Hac Vice*
(503) 243-2300
(503) 241-8014 (Fax)
Attorneys for Defendant NCS Pearson, Inc.

**ORDER**

THE PARTIES HAVING so stipulated and GOOD CAUSE appearing therefore, the Court hereby orders the Case Management Conference in this matter presently scheduled for September 8, 2006 to be continued to September 22, 2006. A joint updated cmc statement shall be filed by 9/15/6

Dated: Sept. 7, 2006    _____
JOSEPH C. SPERO
U.S. District Court

# 4033318_v1

Page - 2   STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT