Daniel Ray Bacon (CA State Bar No. 103866)
Aaron S. Gorfein, (CA State Bar No. 183295)
LAW OFFICES OF DANIEL RAY BACON
234 Van Ness Avenue
San Francisco, CA 94102-4515
Telephone: (415) 864-0907
Facsimile: (415) 864-0989
Email: bacondr@aol.com

Attorneys for Plaintiff Colleen Murray

Matthew Vafidis (CA State Bar No. 103578)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
Email: matthew.vafidis@hklaw.com

Louis A. Santiago (OR State Bar No. 78361) (*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone:  (503) 243-2300
Facsimile:  (503) 241-8014
Email: serve.las@hklaw.com

Attorneys for Defendant NCS Pearson, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MURRAY, | Case No. 3-05-01029-JCS |
| Plaintiff, | **STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| COVENANT AVIATION SECURITY, LLP and NCS PEARSON, INC., a Minnesota corporation, | **Date:** September 22, 2006<br>**Time:** 1:30 P.M.<br>**Dept:** 15<br>**Judge:** Joseph C. Spero |
| Defendants. | |

1  THE PARTIES HEREIN hereby stipulate as follows:

2  1. The parties have settled this matter and are in the process of completing the
3  necessary settlement documents.

4  2. One of the settlement documents that the parties intend to prepare is a Stipulation to
5  dismiss this case with prejudice. Once that Stipulation has been completed, the parties will submit
6  it to the Court in order to close this case. The parties request a brief continuance of the Case
7  Management Conference presently scheduled for September 22, 2006 at 1:30 p.m. in order to
8  complete the settlement documentation.

9  The parties hereby request that the Court continue the Case Management Conference
10 presently scheduled for Friday, September 22, 2006 to October 20, 2006.

Dated: September 21, 2006          LAW OFFICES OF DANIEL RAY BACON

———————————————
Daniel Ray Bacon
Aaron S. Gorfein
(415) 864-0907
(415) 864-0989 (Fax)
Attorney for Plaintiff
COLLEEN MURRAY


Dated: September 21, 2006          HOLLAND & KNIGHT LLP


———————————————
Matthew Vafidis
Louis A. Santiago
*Admitted Pro Hac Vice*
Attorney for Defendant
NCS PEARSON, INC.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -

STIPULATED REQUEST FOR CONTINUANCE                   Case No. 3-05-01029-JCS
OF CASE MANAGEMENT CONFERENCE

THE PARTIES HEREIN hereby stipulate as follows:

1. The parties have settled this matter and are in the process of completing the necessary settlement documents.

2. One of the settlement documents that the parties intend to prepare is a Stipulation to dismiss this case with prejudice. Once that Stipulation has been completed, the parties will submit it to the Court in order to close this case. The parties request a brief continuance of the Case Management Conference presently scheduled for September 22, 2006 at 1:30 p.m. in order to complete the settlement documentation.

The parties hereby request that the Court continue the Case Management Conference presently scheduled for Friday, September 22, 2006 to October 20, 2006.

Dated: September 21, 2006         LAW OFFICES OF DANIEL RAY BACON

                                  _____
                                  Daniel Ray Bacon
                                  Aaron S. Gorfein
                                  (415) 864-0907
                                  (415) 864-0989 (Fax)
                                  Attorney for Plaintiff
                                  COLLEEN MURRAY

Dated: September 21, 2006         HOLLAND & KNIGHT LLP

                                  _____
                                  Matthew Vafidis
                                  Louis A. Santiago
                                  *Admitted Pro Hac Vice*
                                  Attorney for Defendant
                                  NCS PEARSON, INC.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -

STIPULATED REQUEST FOR CONTINUANCE            Case No. 3-05-01029-JCS
OF CASE MANAGEMENT CONFERENCE

**ORDER**

THE PARTIES HAVING so stipulated and GOOD CAUSE appearing therefore, the Court hereby orders the Case Management Conference in this matter presently scheduled for September 22, 2006 to be continued to October 20, 2006.

Dated: __September 22____, 2006

_____
THE HONORABLE JOSEPH C. SPERO
Magistrate Judge, U.S. District Court

# 4063337_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 3 -

STIPULATED REQUEST FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

Case No. 3-05-01029-JCS