Daniel Ray Bacon CSB #103866
Aaron S. Gorfein, CSB #183295
LAW OFFICES OF DANIEL RAY BACON
234 Van Ness Avenue
San Francisco, CA 94102-4515
Telephone: (415) 864-0907
Facsimile: (415) 864-0989
Email: bacondr@aol.com

   Attorneys for Plaintiff Colleen Murray

Matthew Vafidis (CA State Bar No. 103578)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 743-6900
Facsimile:   (415) 743-6910
Email: matthew.vafidis@hklaw.com

Louis A. Santiago (OR State Bar No. 78361) (*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone:   (503) 243-2300
Facsimile:   (503) 241-8014
Email: serve.las@hklaw.com

   Attorneys for Defendant NCS Pearson, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MURRAY,<br><br>                    Plaintiff,<br><br>     v.<br><br>COVENANT AVIATION SECURITY, LLP and NCS PEARSON, INC., a Minnesota corporation,<br><br>                    Defendants. | Case No. 3-05-01029-JCS<br><br>STIPULATED REQUEST FOR DISMISSAL |

THE PARTIES HEREIN hereby stipulate as follows:

///

///

The parties to the above-referenced action have entered into a mutually acceptable settlement agreement and hereby stipulate through their counsel that the court may dismiss this action with prejudice and without award of attorney fees or costs for any party

DATED this 17 day of October, 2006

LAW OFFICES OF DANIEL RAY BACON

By: *(signature)*
Daniel Ray Bacon, CSB #103866
Aaron S. Gorfein, CSB #183295
(415) 864-0907
(415) 864-0989 (Fax)
Attorneys for Plaintiff Colleen Murray

DATED this 19th day of October, 2006

HOLLAND & KNIGHT LLP

By: *(signature)*
Matthew Vafidis, CSB #103578
(415) 743-6900
(415) 743-6910 (Fax)
Louis A. Santiago
*Admitted Pro Hac Vice*
(503) 243-2300
(503) 241-8014 (Fax)
Attorneys for Defendant NCS Pearson, Inc.

---

## ORDER

THE PARTIES HAVING so stipulated and GOOD CAUSE appearing therefore, the Court hereby orders the case dismissed with prejudice and without award of attorney fees or costs for any party

Dated: October 20, 2006

*(signature / seal: Judge Joseph C. Spero, United States District Court, Northern District of California)*

THE HONORABLE JOSEPH C. SPERO
Magistrate Judge, United States District Court

# 4121917_v1